

| Total Atty Fees: | $ | 30,600.00 |
|---|---|---|
| Paid Retainer: | $ | 11,500.00 |
| Pending: | $ | 20,813.94 |
| Total Expenses: | $ | 1,731.94 |
| Paid: | $ | 1,731.94 |
| Pending: | $ | 20,813.94 |

| Client: | Laurie Morrison |
|---|---|
| Matter: | Bankruptcy |

| Entry Date | Timekeeper ID | Narrative | Hours Worked | Rate | Amount |
|---|---|---|---|---|---|
| 11/18/2016 | PJH | Several communications with client regarding Chapter 11 protocols and procedures for filing of bankruptcy petition. | 4.00 | $ 250.00 | $ 1,000.00 |
| 11/19/2016 | PJH | Gathering of necessary documents and information needed for filing through several communications with client. | 4.10 | $ 250.00 | $ 1,025.00 |
| 11/19/2016 | PJH | Preparation and filing of Chapter 11 Petition - Schedule F. | 1.20 | $ 250.00 | $ 300.00 |
| 11/19/2016 | PJH | Preparation and filing of Chapter 11 Petition - Schedule G. | 1.00 | $ 250.00 | $ 250.00 |
| 11/19/2016 | PJH | Preparation and filing of Chapter 11 Petition - Schedule J. | 1.00 | $ 250.00 | $ 250.00 |
| 11/19/2016 | PJH | Preparation and filing of Chapter 11 Petition - Schedule I. | 1.30 | $ 250.00 | $ 325.00 |
| 11/19/2016 | PJH | Preparation and filing of Chapter 11 Petition - Schedule E. | 1.10 | $ 250.00 | $ 275.00 |
| 11/20/2016 | PJH | Preparation and filing of Chapter 11 Petition - Statement of Financial Affairs. | 2.00 | $ 250.00 | $ 500.00 |
| 11/20/2016 | PJH | Preparation and filing of Chapter 11 Petition, including special email notice directly to lienholder's counsel of record. | 2.50 | $ 250.00 | $ 625.00 |
| 11/20/2016 | PJH | Preparation and filing of Chapter 11 Petition - Schedule A. | 1.00 | $ 250.00 | $ 250.00 |
| 11/20/2016 | PJH | Preparation and filing of Chapter 11 Petition - Schedule B. | 1.00 | $ 250.00 | $ 250.00 |
| 11/20/2016 | PJH | Preparation and filing of Chapter 11 Petition - Schedule D. | 1.00 | $ 250.00 | $ 250.00 |
| 11/22/2016 | PJH | Prepare, gather and organize all requested documents and information as required by U.S. Trustee for initial interview. | 5.50 | $ 250.00 | $ 1,375.00 |
| 11/22/2016 | PJH | Review court order setting initial interview with U.S. Trustee for January 9, 2016. | 0.20 | $ 250.00 | $ 50.00 |
| 11/22/2016 | PJH | Review court order setting 341 creditor's meeting with U.S. Trustee for January 16, 2016. | 0.20 | $ 250.00 | $ 50.00 |
| 12/16/2016 | PJH | Review Creditor Request for Notice filed by Nationstar Mortgage, LLC. | 0.20 | $ 250.00 | $ 50.00 |
| 1/9/2017 | PJH | Appear for and participate in initial interview with U.S. Trustee. | 1.90 | $ 250.00 | $ 475.00 |
| 1/9/2017 | PJH | Appear for and participate in meeting with First Bank to assist client in opening of required post-petitoon bank accounts. | 0.60 | $ 250.00 | $ 150.00 |
| 1/16/2017 | PJH | Review and analyze Trustee's minutes of 341 creditor's meeting held in preparation to comply with requests included within the same. | 0.50 | $ 250.00 | $ 125.00 |
| 1/18/2017 | PJH | Draft and file amended schedules and petition in accordance with parameters outlined in U.S. Trustee's 341 creditor meeting minutes. | 1.50 | $ 250.00 | $ 375.00 |
| 1/24/2017 | PJH | Meeting with client and CPA Jose Monge regarding procedures and accounting support to be provided in matter. | 2.00 | $ 250.00 | $ 500.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/30/2017 | PJH | Review voluminous proof of claim and supporting documents (50 pages) of first lienholder over Maryland Property, Wilmington Trust, in continued formation of reorganization strategy. | 2.50 | $ 250.00 | $ 625.00 |
| 2/1/2017 | PJH | As requested by client, telephone conference to go over property owed to estate (overdue rent from tenants of properties) and strategies to carry out in recovering said funds in the most efficient manner possible. | 2.00 | $ 250.00 | $ 500.00 |
| 2/2/2017 | PJH | Electronic filing of Monthly Operating Report for January 2017. | 0.30 | $ 250.00 | $ 75.00 |
| 2/2/2017 | PJH | Electronic filing of Monthly Operating Report for December 2016. | 0.30 | $ 250.00 | $ 75.00 |
| 2/2/2017 | PJH | Review of Monthly Operating Report for November 2016 as provided by approved CPA Monge for veracity and accuracy prior to filing of same with court. | 0.60 | $ 250.00 | $ 150.00 |
| 2/2/2017 | PJH | Review of Monthly Operating Report for December 2016 as provided by approved CPA Monge for veracity and accuracy prior to filing of same with court. | 0.60 | $ 250.00 | $ 150.00 |
| 2/2/2017 | PJH | Review of Monthly Operating Report for January 2017 as provided by approved CPA Monge for veracity and accuracy prior to filing of same with court. | 0.60 | $ 250.00 | $ 150.00 |
| 2/2/2017 | PJH | Electronic filing of Monthly Operating Report for November 2016. | 0.30 | $ 250.00 | $ 75.00 |
| 2/23/2017 | PJH | Meeting with secured creditor over Maryland property, Wilmington Trust's, counsel, Jenelle Arnold, regarding status of lien, value of collateral and potential cram down stipulation. | 5.50 | $ 250.00 | $ 1,375.00 |
| 3/3/2017 | PJH | Review court order granting application to CPA Jose Monge as debtor's financial consultant. | 0.20 | $ 250.00 | $ 50.00 |
| 3/3/2017 | PJH | Review court order granting our application to employ Estrella, LLC as debtor's counsel. | 0.20 | $ 250.00 | $ 50.00 |
| 3/3/2017 | PJH | Review court order re-setting status conference for April 25, 2017. | 0.20 | $ 250.00 | $ 50.00 |
| 3/6/2017 | PJH | Electronic filing of Monthly Operating Report for February 2017. | 0.30 | $ 250.00 | $ 75.00 |
| 3/6/2017 | PJH | Review of Monthly Operating Report for February 2017 as provided by approved CPA Monge for veracity and accuracy prior to filing of same with court. | 0.60 | $ 250.00 | $ 150.00 |
| 3/16/2017 | PJH | Gathering, preparation and submittal of updated bankruptcy estate insurance documents as specifically requested by U.S. Trustee's Office. | 1.10 | $ 250.00 | $ 275.00 |
| 3/23/2017 | PJH | Continue voluminous proof of claim and supporting documents (50 pages) of first lienholder over Maryland Property, Wilmington Trust, in continued formation of reorganization strategy. | 4.60 | $ 250.00 | $ 1,150.00 |
| 4/3/2017 | PJH | Electronic filing of Monthly Operating Report for March 2017. | 0.30 | $ 250.00 | $ 75.00 |
| 4/3/2017 | PJH | Review of Monthly Operating Report for March 2017 as provided by approved CPA Monge for veracity and accuracy prior to filing of same with court. | 0.60 | $ 250.00 | $ 150.00 |
| 4/5/2017 | PJH | As authorized by client, and in preparation to object to claim of Wilmington Trust, review and analysis of controlling legal precedent on Maryland's applicable statutes of limitations. | 6.50 | $ 250.00 | $ 1,625.00 |
| 4/6/2017 | PJH | As authorized by client, and in preparation to object to claim of Wilmington Trust, review and analysis of controlling legal precedent in Bankruptcy Code and Puerto Rico jurisprudence on duty of creditors to file proofs of claims whenever said claims are put into dispute by the debtor in the Chapter 11 petition. | 3.30 | $ 250.00 | $ 825.00 |
| 4/11/2017 | PJH | Several communications via email and telephone with U.S. Trustee counsel, Julio Guzman, regarding motion to dismiss and potential resolution to same via terms of joint pre-hearing report. | 0.50 | $ 250.00 | $ 125.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/11/2017 | PJH | Drafting and coordinating of pre-hearing report on motion to dismiss filed by U.S. Trustee with counsel Julio Guzman. | 0.50 | $ 250.00 | $ 125.00 |
| 4/11/2017 | PJH | Review court order setting hearing on U.S. Trustee's motion to dismiss. | 0.20 | $ 250.00 | $ 50.00 |
| 4/11/2017 | PJH | Review legal and factual allegations presented in U.S. Trustee's motion to dismiss in preparation to take responsive action. | 1.10 | $ 250.00 | $ 275.00 |
| 4/11/2017 | PJH | Telephone conference with client to advise regarding U.S. Trustee's motion to dismiss and immediate corrective measures needed to render same moot. | 0.80 | $ 250.00 | $ 200.00 |
| 4/11/2017 | PJH | Draft and file Opposition to U.S. Trustee's motion to dismiss. | 0.50 | $ 250.00 | $ 125.00 |
| 4/11/2017 | PJH | Drafting and filing of motion to appear telephonically at hearing on motion to dismiss filed by U.S. Trustee. | 0.50 | $ 250.00 | $ 125.00 |
| 4/11/2017 | PJH | Review court order granting motion to appear telephonically at hearing on motion to dismiss filed by U.S. Trustee. | 0.20 | $ 250.00 | $ 50.00 |
| 4/25/2017 | PJH | Appear for and participate in status conference. | 1.80 | $ 250.00 | $ 450.00 |
| 4/25/2017 | PJH | Draft executive summary of case for client outlining status conference and proposed terms for reorganization plan. | 1.00 | $ 250.00 | $ 250.00 |
| 4/25/2017 | PJH | Review court order setting due date for chapter 11 plan and disclosure statement for May 23, 2017. | 0.20 | $ 250.00 | $ 50.00 |
| 4/25/2017 | PJH | Review official court minutes of status conference. | 0.20 | $ 250.00 | $ 50.00 |
| 5/1/2017 | PJH | Electronic filing of Monthly Operating Report for April 2017. | 0.30 | $ 250.00 | $ 75.00 |
| 5/1/2017 | PJH | Review of Monthly Operating Report for April 2017 as provided by approved CPA Monge for veracity and accuracy prior to filing of same with court. | 0.60 | $ 250.00 | $ 150.00 |
| 5/5/2017 | PJH | Draft objection to claim of Wilmington Trust - pertinent background section. | 4.30 | $ 250.00 | $ 1,075.00 |
| 5/8/2017 | PJH | Draft objection to claim of Wilmington Trust - legal background section. | 4.80 | $ 250.00 | $ 1,200.00 |
| 5/8/2017 | PJH | Draft objection to claim of Wilmington Trust - argument section. | 5.00 | $ 250.00 | $ 1,250.00 |
| 5/9/2017 | PJH | Appear telephonically for hearing on U.S. Trustee's motion to dismiss. | 0.50 | $ 250.00 | $ 125.00 |
| 5/9/2017 | PJH | Review court order holding U.S. Trustee's motion to dismiss in abeyance and granting debtor 14 days to file overdue tax returns and operating reports. | 0.20 | $ 250.00 | $ 50.00 |
| 5/25/2017 | PJH | Draft Chapter 11 Plan. | 6.00 | $ 250.00 | $ 1,500.00 |
| 5/25/2017 | PJH | Draft Chapter 11 Disclosure Statement with exhibits in support. | 8.00 | $ 250.00 | $ 2,000.00 |
| 5/26/2017 | PJH | Draft and file Amended SOFA as per specific request of U.S. Trustee. | 0.50 | $ 250.00 | $ 125.00 |
| 5/26/2017 | PJH | Draft and file first application for compensation with attachments in support. | 3.80 | $ 250.00 | $ 950.00 |
| 5/26/2017 | PJH | Draft and file Amended Schedule I as per specific request of U.S. Trustee. | 0.50 | $ 250.00 | $ 125.00 |
| 5/26/2017 | PJH | Review court order granting motion for final 14 day extension to file Chapter 11 Plan and Disclosure Statement. | 0.20 | $ 250.00 | $ 50.00 |
| 5/26/2017 | PJH | Draft motion for final 14 day extension to file Chapter 11 Plan and Disclosure Statement. | 0.50 | $ 250.00 | $ 125.00 |
| 6/1/2017 | PJH | Review of Monthly Operating Report for May 2017 as provided by approved CPA Monge for veracity and accuracy prior to filing of same with court. | 0.60 | $ 250.00 | $ 150.00 |
| 6/1/2017 | PJH | Draft and file Motion for Entry of Order Authorizing Debtor to Employ and Compensate Mullings Associates as Ordinary Course Professional, with supporting exhibits. | 4.80 | $ 250.00 | $ 1,200.00 |
| 6/2/2017 | PJH | Continue to draft Disclosure Statement. | 3.70 | $ 250.00 | $ 925.00 |
| 6/2/2017 | PJH | Continue to draft Chapter 11 Plan. | 2.50 | $ 250.00 | $ 625.00 |
| 6/5/2017 | PJH | Draft and file Amended Schedule A to claim post-petition inheritance and state court rent judgment. | 0.50 | $ 250.00 | $ 125.00 |
| 6/5/2017 | PJH | Draft and file Amended Schedule C to claim new applicable exemptions as to post-petition inheritance and state court rent judgment. | 0.50 | $ 250.00 | $ 125.00 |
| 6/6/2017 | PJH | Several communications with client via phone and email regarding final drafts of Chapter 11 Plan and Disclosure Statement, final edits and receipt of authorization to file. | 2.70 | $ 250.00 | $ 675.00 |
| | | | | Total | $ 30,600.00 |

| Date | ExpCd | Narrative | Amount |
|---|---|---|---|
| 11/28/2016 | E112 | Filing fee payment for Chapter 11 Bankruptcy Petition. | 1717.00 |
| 12/14/2016 | E101 | Copying cost for letter to office of County Attorney, Nationstar Mortgage, LLC, Wilmington Trust and Capital One, regarding 341 meeting. | 1.00 |
| 12/14/2016 | E108 | Postage cost for letter to office of County Attorney regarding 341 meeting. | 1.84 |
| 5/25/2017 | E101 | Copying cost for Letter to Wilmington Trust. | 3.75 |
| 5/25/2017 | E108 | Postage cost for Letter to Wilmington Trust. | 8.35 |
| | | Total | 1731.94 |